Jason S. Hartley (SBN# 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
*hartley@hartleyllp.com*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BASON; LOIS WINN; GEORGES EMMANUEL NJONG DIBOKI; JULIA SIMS; and SOPHIA WOODLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY MANAGEMENT CO.; FPI MANAGEMENT, INC.; MID-AMERICA APARTMENT COMMUNITIES, INC.; AVENUE5 RESIDENTIAL, LLC; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST, INC.; THRIVE COMMUNITIES MANAGEMENT, LLC, and SECURITY PROPERTIES, INC.,<br><br>Defendant. | Case No. 22-cv-1611-WGH-MDD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that this action is voluntarily dismissed in its entirety. None of the Defendants have served an answer or motion for summary judgment in this action.

1

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: December 2, 2022          Respectfully Submitted,

/s/ *Jason S. Hartley*
Jason S. Hartley (SBN 192514)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, California 92101
Tel: (619) 400-5822
hartley@hartleyllp.com

Sophia M. Rios
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
*srios@bm.net*

Gary I. Smith
HAUSFELD LLP
600 Montgomery Street, Ste. 3200
San Francisco, CA 94111
Tel: (415) 633-1908
*gsmith@hausfeld.com*

Brendan P. Glackin
Dean M. Harvey
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Tel: (415) 956-1000
*bglackin@lchb.com*
*dharvey@lchb.com*

*Attorneys for Plaintiffs*

2